UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2024

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Adams, Nicholas Bryan | Docket No. | 0980 2:23CR00143-TOR-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Nicholas Bryan Adams, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 8th day of February 2024, under the following conditions:

**Condition #12:** Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless or whether marijuana is legal under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 23, 2024, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Adams. Mr. Adams acknowledged an understanding of the release conditions at that time.

**Violation #1:** Nicholas Bryan Adams is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting heroin and cocaine on March 25, 2024.

On March 25, 2024, Mr. Adams contacted the undersigned officer and admitted he relapsed over the previous weekend, by ingesting cocaine and heroin.

Additionally, on March 25, 2024, Mr. Adams reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of cocaine. Mr. Adams signed a substance abuse admission form acknowledging he ingested cocaine on or about March 23, 2024.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: March 29, 2024 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

**Re: Adams, Nicholas Bryan**
**March 29, 2024**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

3/29/24
_____
Date